Form 173 – hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.:  16−14001−ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Lawrence E. Grier | Nicole E. Hansen |
| 1781 Good Intent Road | 1781 Good Intent Road |
| Deptford, NJ 08096 | Deptford, NJ 08096 |

Social Security No.:
    xxx−xx−8038                                     xxx−xx−9144

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING

      NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Andrew B. Altenburg Jr. on

Date:                  November 2, 2020
Time:                    10:00 AM
Location:        Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

to consider and act upon the following:

*84* – Certification in Opposition to (related document:80 Creditor's Certification of Default (related document:58 Order on Motion For Relief From Stay) filed by Lauren Moyer on behalf of Freedom Mortgage Corporation. Objection deadline is 10/14/2020. (Attachments: # 1 Exhibit # 2 Proposed Order # 3 Certificate of Service) filed by Creditor Freedom Mortgage Corporation) filed by S. Daniel Hutchison on behalf of Lawrence E. Grier, Nicole E. Hansen. (Attachments: # 1 Exhibit) (Hutchison, S.)

and transact such other business as may properly come before the meeting.

Dated: October 8, 2020
JAN: kaj

                                             Jeanne Naughton
                                             Clerk