Form 173 − hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

          Case No.:   16−14001−ABA
          Chapter:   13
          Judge:   Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Lawrence E. Grier                              Nicole E. Hansen
   1781 Good Intent Road                   1781 Good Intent Road
   Deptford, NJ 08096                          Deptford, NJ 08096

Social Security No.:
   xxx−xx−8038                                   xxx−xx−9144

Employer's Tax I.D. No.:

## NOTICE OF HEARING

     NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Andrew B. Altenburg Jr. on

Date:                November 2, 2020
Time:               10:00 AM
Location:       Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

to consider and act upon the following:

*84* − Certification in Opposition to (related document:80 Creditor's Certification of Default (related document:58 Order on Motion For Relief From Stay) filed by Lauren Moyer on behalf of Freedom Mortgage Corporation. Objection deadline is 10/14/2020. (Attachments: # 1 Exhibit # 2 Proposed Order # 3 Certificate of Service) filed by Creditor Freedom Mortgage Corporation) filed by S. Daniel Hutchison on behalf of Lawrence E. Grier, Nicole E. Hansen. (Attachments: # 1 Exhibit) (Hutchison, S.)

and transact such other business as may properly come before the meeting.

Dated: October 8, 2020
JAN: kaj

                                                                                    Jeanne Naughton
                                                                                    Clerk

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 16-14001-ABA

Lawrence E. Grier  Chapter 13

Nicole E. Hansen

   Debtor(s)

# CERTIFICATE OF NOTICE

| District/off: 0312-1 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Oct 08, 2020 | Form ID: 173 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 10, 2020:**

**Recip ID     Recipient Name and Address**
db/jdb      + Lawrence E. Grier, Nicole E. Hansen, 1781 Good Intent Road, Deptford, NJ 08096-3720

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

**Recip ID     Bypass Reason   Name and Address**
jdb          *+              Nicole E. Hansen, 1781 Good Intent Road, Deptford, NJ 08096-3720

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 10, 2020            Signature:     /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 8, 2020 at the address(es) listed below:**

**Name            Email Address**

Alexandra T. Garcia
                on behalf of Creditor Freedom Mortgage Corporation NJECFMAIL@mwc-law.com  nj-ecfmail@ecf.courtdrive.com

Celine P. Derkrikorian
                on behalf of Creditor Freedom Mortgage Corporation njecfmail@mwc-law.com

Denise E. Carlon
                on behalf of Creditor JPMORGAN CHASE BANK  N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Eamonn O'Hagan
                on behalf of Creditor United States of America (U.S. Dept. of HUD) eamonn.ohagan@usdoj.gov

| District/off: 0312-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Oct 08, 2020 | Form ID: 173 | Total Noticed: 1 |

Isabel C. Balboa
    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Isabel C. Balboa
    ecfmail@standingtrustee.com  summarymail@standingtrustee.com

John R. Morton, Jr.
    on behalf of Creditor Daimler Trust ecfmail@mortoncraig.com  mortoncraigecf@gmail.com

Lauren Moyer
    on behalf of Creditor Freedom Mortgage Corporation lmoyer@mwc-law.com  nj-ecfmail@ecf.courtdrive.com

Marisa Myers Cohen
    on behalf of Creditor Freedom Mortgage Corporation ecfmail@ecf.courtdrive.com  jhillier@mwc-law.com

Phillip Andrew Raymond
    on behalf of Creditor Freedom Mortgage Corporation phillip.raymond@mccalla.com  mccallaecf@ecf.courtdrive.com

S. Daniel Hutchison
    on behalf of Joint Debtor Nicole E. Hansen sdhteamlaw@outlook.com
    backupcourt@outlook.com;sdhlawpara1@outlook.com;hutchisonsr39026@notify.bestcase.com

S. Daniel Hutchison
    on behalf of Debtor Lawrence E. Grier sdhteamlaw@outlook.com
    backupcourt@outlook.com;sdhlawpara1@outlook.com;hutchisonsr39026@notify.bestcase.com

TOTAL: 12