UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

The Law Offices of S. Daniel Hutchison
135 N. Broad Street
Woodbury, NJ 08096
Phone: 856-251-1235

S. Daniel Hutchison, Esq.
Attorney for Debtor(s)

Order Filed on October 15, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Lawrence E. Grier
Nicole E. Hansen

Case No.: 16-14001

Chapter: 13

Judge: ABA

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: October 15, 2020**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Case 16-14061-ABA Doc 83 Filed 10/20/07 Entered 10/20/07 10:05:40 Desc Proposed Order Page 2 of 2

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____S. Daniel Hutchison, Esq._____, the applicant, is allowed a fee of $ _____400.00_____ for services rendered and expenses in the amount of $_____0.00_____ for a total of $_____400.00_____ . The allowance is payable:

    ☒ through the Chapter 13 plan as an administrative priority.

    ☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $\_\_\_\_630.00\_\_\_\_ per month for \_\_\_\_\_5\_\_\_\_\_ months to allow for payment of the above fee.

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

In re:  
Lawrence E. Grier  
Nicole E. Hansen  
    Debtor(s)

Case No. 16-14001-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Oct 15, 2020 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 17, 2020:**

**Recip ID**    **Recipient Name and Address**  
db/jdb    + Lawrence E. Grier, Nicole E. Hansen, 1781 Good Intent Road, Deptford, NJ 08096-3720

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

**Recip ID**    **Bypass Reason**    **Name and Address**  
jdb    *+    Nicole E. Hansen, 1781 Good Intent Road, Deptford, NJ 08096-3720

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 17, 2020    Signature:    /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 15, 2020 at the address(es) listed below:**

**Name**    **Email Address**

Alexandra T. Garcia  
    on behalf of Creditor Freedom Mortgage Corporation NJECFMAIL@mwc-law.com  nj-ecfmail@ecf.courtdrive.com

Celine P. Derkrikorian  
    on behalf of Creditor Freedom Mortgage Corporation njecfmail@mwc-law.com

Denise E. Carlon  
    on behalf of Creditor JPMORGAN CHASE BANK  N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Eamonn O'Hagan  
    on behalf of Creditor United States of America (U.S. Dept. of HUD) eamonn.ohagan@usdoj.gov

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Oct 15, 2020 | Form ID: pdf903 | Total Noticed: 1 |

Isabel C. Balboa
    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com

Isabel C. Balboa
    ecfmail@standingtrustee.com summarymail@standingtrustee.com

John R. Morton, Jr.
    on behalf of Creditor Daimler Trust ecfmail@mortoncraig.com mortoncraigecf@gmail.com

Lauren Moyer
    on behalf of Creditor Freedom Mortgage Corporation lmoyer@mwc-law.com nj-ecfmail@ecf.courtdrive.com

Marisa Myers Cohen
    on behalf of Creditor Freedom Mortgage Corporation ecfmail@ecf.courtdrive.com jhillier@mwc-law.com

Phillip Andrew Raymond
    on behalf of Creditor Freedom Mortgage Corporation phillip.raymond@mccalla.com mccallaecf@ecf.courtdrive.com

S. Daniel Hutchison
    on behalf of Joint Debtor Nicole E. Hansen sdhteamlaw@outlook.com
    backupcourt@outlook.com;sdhlawpara1@outlook.com;hutchisonsr39026@notify.bestcase.com

S. Daniel Hutchison
    on behalf of Debtor Lawrence E. Grier sdhteamlaw@outlook.com
    backupcourt@outlook.com;sdhlawpara1@outlook.com;hutchisonsr39026@notify.bestcase.com

TOTAL: 12