UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

McCABE, WEISBERG & CONWAY, LLC
By: Lauren M. Moyer, Esq. (Atty. I.D.#LMM2332)
216 Haddon Avenue, Suite 201
Westmont, NJ 08108
856-858-7080
Attorneys for Movant: Freedom Mortgage Corporation

In Re:

Nicole E. Hansen
Lawrence E. Grier
 Debtors

Case No.: 16-14001-ABA

Adv. Pro. No.: 

Chapter: 13

Hearing Date: 11/2/2020

Judge: Altenburg

## ADJOURNMENT REQUEST

1. I, Lauren M. Moyer, Esq.,

    ☒ am the attorney for: Movant, Freedom Mortgage Corporation,

    ☐ am self represented,

    and request an adjournment of the following hearing for the reason set forth below.

    Matter: Creditor's Certification of Default

    Current hearing date and time: 11/2/2020 at 10:00 AM

    New date requested: 12/1/2020 at 10:00 AM

    Reason for adjournment request: Adjournment requested to provide Debtor with additional time to bring the account current post-petition.

2. Consent to adjournment:

    ☒ I have the consent of all parties.    ☐ I do not have the consent of all parties (explain below):

I certify under penalty of perjury that the foregoing is true.

Date: October 30, 2020                                   /s/ Lauren M. Moyer
                                                        Signature

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted            New hearing date: 12/1/20 at 10            ☐ Peremptory

☐ Granted over objection(s)   New hearing date: _____   ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*new.9/23/15*