UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

McCABE, WEISBERG & CONWAY, LLC
By: Lauren M. Moyer, Esq. (Atty. I.D.#LMM2332)
216 Haddon Avenue, Suite 201
Westmont, NJ 08108
856-858-7080
Attorneys for Movant: Freedom Mortgage Corporation

In Re:

IN re:

Nicole E. Hansen
Lawrence E. Grier
Debtors

Case No.: 16-14001-ABA

Adv. Pro. No.: _____

Chapter: 13

Hearing Date: 12/1/2020

Judge: Altenburg

## ADJOURNMENT REQUEST

1. I, ____Lauren M. Moyer, Esq.____,

   ☒ am the attorney for: ____Freedom Mortgage Corporation____,

   ☐ am self represented,

   and request an adjournment of the following hearing for the reason set forth below.

   Matter: Creditor's Certification of Default

   Current hearing date and time: 12/1/2020 at 10:00 AM

   New date requested: 1/5/2021 at 10:00 AM

   Reason for adjournment request: Debtor has recently tendered a payment. Adjournment is requested to confirm that Debtor has brought the account current.

2. Consent to adjournment:

   ☒ I have the consent of all parties.    ☐ I do not have the consent of all parties (explain below):

I certify under penalty of perjury that the foregoing is true.

Date: November 25, 2020                          /s/ Lauren M. Moyer
                                                 Signature

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted          New hearing date: 1/5/21 at 10 am          ☐ Peremptory

☐ Granted over objection(s)   New hearing date: _____   ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*new.9/23/15*

2