| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>The Law Offices of S. Daniel Hutchison<br>135 N. Broad Street<br>Woodbury, NJ 08096<br>Phone: 856-251-1235<br><br>S. Daniel Hutchison, Esq.<br>Attorney for Debtor(s) | Order Filed on June 8, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Lawrence E. Grier aka<br>Lawrence Grier IV<br>Nicole E. Hansen | Case No: 16-14001<br><br>Chapter: 13<br><br>Hearing Date: 06/08/21<br><br>Judge: ABA |

**ORDER ON MOTION TO CANCEL AND DISCHARGE:**

☒ **MORTGAGE**    ☐ **LIEN**    ☐ **OTHER (specify)** _____

The relief set forth on the following page is hereby **ORDERED.**

**DATED: June 8, 2021**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

The debtor(s) having filed a Motion to Cancel or Discharge Mortgage or Lien, and the court having considered any objections filed, it is hereby ORDERED that:

☐ The debtor's motion is denied.

☒ The debtor's motion is granted, and the Mortgage or Lien referenced below is hereby cancelled, voided, and/or discharged of record and a certified or exemplified copy of this Order shall be recorded by the Clerk or Register of Deeds with whom the original mortgage or lien was recorded.

Description of Real Property:
Location (Street Address) 1781 Good Intent Road, Deptford, New Jersey 08096 also known as 1781 Good Intent Road, Woodbury, New Jersey 08096

Description of Mortgage/Judgment Lien:

a. Original Mortgagee/Lienholder: Secretary of Housing and Urban Development
b. Current Assignee: N/A
c. Current Servicer: N/A
d. Date of Mortgage/Lien: November 11, 2015
e. Date of Recordation: December 30, 2015
f. Place of Recordation: Gloucester County Clerk
   i. Mortgage Book: 14536
   ii. Page: 328
g. Original Principal Balance of Mortgage/Lien: $ 5,952.00

> **NOTE TO RECORDING OFFICER: THIS ORDER MUST BE CERTIFIED BY THE BANKRUPTCY COURT WITH THE APPROPRIATE SEAL BEFORE IT MAY BE RECORDED**

*rev.12/1/17*