| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>The Law Offices of S. Daniel Hutchison<br>135 N. Broad Street<br>Woodbury, NJ 08096<br>Phone: 856-251-1235<br><br>S. Daniel Hutchison, Esq.<br>Attorney for Debtor(s) | Order Filed on June 8, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Lawrence E. Grier aka<br>Lawrence Grier IV<br>Nicole E. Hansen | Case No: 16-14001<br>Chapter: 13<br>Hearing Date: 06/08/21<br>Judge: ABA |

**ORDER ON MOTION TO CANCEL AND DISCHARGE:**

☒ **MORTGAGE**    ☐ **LIEN**    ☐ **OTHER (specify)** _____

The relief set forth on the following page is hereby **ORDERED.**

**DATED: June 8, 2021**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

The debtor(s) having filed a Motion to Cancel or Discharge Mortgage or Lien, and the court having considered any objections filed, it is hereby ORDERED that:

☐ The debtor's motion is denied.

☒ The debtor's motion is granted, and the Mortgage or Lien referenced below is hereby cancelled, voided, and/or discharged of record and a certified or exemplified copy of this Order shall be recorded by the Clerk or Register of Deeds with whom the original mortgage or lien was recorded.

Description of Real Property:
Location (Street Address) 1781 Good Intent Road, Deptford, New Jersey 08096 also known as 1781 Good Intent Road, Woodbury, New Jersey 08096

Description of Mortgage/Judgment Lien:

a. Original Mortgagee/Lienholder: Secretary of Housing and Urban Development
b. Current Assignee: N/A
c. Current Servicer: N/A
d. Date of Mortgage/Lien: November 11, 2015
e. Date of Recordation: December 30, 2015
f. Place of Recordation: Gloucester County Clerk
   i. Mortgage Book: 14536
   ii. Page: 328
g. Original Principal Balance of Mortgage/Lien: $ 5,952.00

> **NOTE TO RECORDING OFFICER: THIS ORDER MUST BE CERTIFIED BY THE BANKRUPTCY COURT WITH THE APPROPRIATE SEAL BEFORE IT MAY BE RECORDED**

*rev.12/1/17*

United States Bankruptcy Court
District of New Jersey

In re:  
Lawrence E. Grier  
Nicole E. Hansen  
    Debtors

Case No. 16-14001-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 2  
Date Rcvd: Jun 08, 2021      Form ID: pdf903      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 10, 2021:**

**Recip ID**      **Recipient Name and Address**  
db/jdb      + Lawrence E. Grier, Nicole E. Hansen, 1781 Good Intent Road, Deptford, NJ 08096-3720

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 10, 2021      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 8, 2021 at the address(es) listed below:

**Name**      **Email Address**

Alexandra T. Garcia  
    on behalf of Creditor Freedom Mortgage Corporation NJECFMAIL@mwc-law.com nj-ecfmail@ecf.courtdrive.com

Celine P. Derkrikorian  
    on behalf of Creditor Freedom Mortgage Corporation njecfmail@mwc-law.com

Denise E. Carlon  
    on behalf of Creditor JPMORGAN CHASE BANK  N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Eamonn O'Hagan  
    on behalf of Creditor United States of America (U.S. Dept. of HUD) eamonn.ohagan@usdoj.gov

Isabel C. Balboa  
    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com

Isabel C. Balboa  
    ecfmail@standingtrustee.com summarymail@standingtrustee.com

John R. Morton, Jr.
    on behalf of Creditor Daimler Trust ecfmail@mortoncraig.com  mortoncraigecf@gmail.com

Lauren Moyer
    on behalf of Creditor Freedom Mortgage Corporation lmoyer@mwc-law.com  nj-ecfmail@ecf.courtdrive.com

Marisa Myers Cohen
    on behalf of Creditor Freedom Mortgage Corporation ecfmail@ecf.courtdrive.com  jhillier@mwc-law.com

Phillip Andrew Raymond
    on behalf of Creditor Freedom Mortgage Corporation phillip.raymond@mccalla.com  mccallaecf@ecf.courtdrive.com

S. Daniel Hutchison
    on behalf of Joint Debtor Nicole E. Hansen sdhteamlaw@outlook.com
    backupcourt@outlook.com;sdhlawpara1@outlook.com;hutchisonsr39026@notify.bestcase.com

S. Daniel Hutchison
    on behalf of Debtor Lawrence E. Grier sdhteamlaw@outlook.com
    backupcourt@outlook.com;sdhlawpara1@outlook.com;hutchisonsr39026@notify.bestcase.com

TOTAL: 12