| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Lawrence E. Grier <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx−xx−8038 <br> EIN   _ _−_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | Nicole E. Hansen <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx−xx−9144 <br> EIN   _ _−_ _ _ _ _ _ _ |
| United States Bankruptcy Court   District of New Jersey | | |
| Case number:   16−14001−ABA | | |

# Order of Discharge                                                                                 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Lawrence E. Grier                                        Nicole E. Hansen

   7/15/21                                                  **By the court:** Andrew B. Altenburg Jr.
                                                                          United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

   ♦ debts that are domestic support obligations;

   ♦ debts for most student loans;

   ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 16-14001-ABA |
| Lawrence E. Grier | Chapter 13 |
| Nicole E. Hansen | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 5 |
| Date Rcvd: Jul 15, 2021 | Form ID: 3180W | Total Noticed: 98 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 17, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Lawrence E. Grier, Nicole E. Hansen, 1781 Good Intent Road, Deptford, NJ 08096-3720 |
| cr | + | Daimler Trust, P.O. Box 562088, Suite 900 North, Dallas, TX 75356-2088 |
| cr | + | United States of America (U.S. Dept. of HUD), U.S. Attorney's Office, 970 Broad Street, Suite 700, Newark, NJ 07102-2534 |
| 516037758 | + | Advanced Surgical Institute, c/o Mnet Financial Inc., 95 Argonaut, Suite 200, Aliso Viejo, CA 92656-4147 |
| 516124889 | + | Allstate Insurance Company, 75 Executive Parkway, Hudson, OH 44237-0002 |
| 516124890 | | Allstate Payment Processing Center, PO Box 55126, Boston, MA 02205-5126 |
| 516037759 | + | Atlantic City Expressway, Violation Processing Center, PO Box 4971, Trenton, NJ 08650-4971 |
| 516037763 | | Comcast Cable Corporation- Bankruptcy, 1495 Nw Britt Road, Stuart, FL 34994-9296 |
| 516037768 | + | Commercial Acceptance, 2 W Main Street, Camp Hill, PA 17011-6326 |
| 516037770 | + | Cooper Univeristy Physicians, PO Box 95000-4345, Philadelphia, PA 19195-0001 |
| 516124893 | + | Credit Collection Service-Bankruptcy Dpt, Two Wells Avenue, Newton Center, MA 02459-3225 |
| 516097888 | | Daimler Trust, c/o BK Servicing, LLC, PO Box 131265, Roseville, MN 55113-0011 |
| 516242071 | + | Department Housing & Urban Development, Office of General Counsel, Attn: Kathie Soroka, Senior Counsel, 451 Seventh Street, SW, Washington, DC 20410-0001 |
| 516242070 | + | Department Housing & Urban Development, Office of General Counsel, Attn: Helen Kanovsky, General Counsel, 451 Seventh Street, SW, Washington, DC 20410-0001 |
| 516242067 | + | Department Housing & Urban Development, Attn: Julian Castro, Secretary, 451 Seventh Street, SW, Washington, DC 20410-0002 |
| 516242069 | | Department Housing & Urban Development, Attn: Maria Maio-Messano, Director, One Newark Center, 1085 Raymond Blvd. 13th Floor, Newark, NJ 07102-5260 |
| 516242068 | + | Department Housing & Urban Development, Attn: Nani A Coloretti, Deputy Secretary, 451 Seventh Street, SW, Washington, DC 20410-0002 |
| 516124894 | | Dr. Steven Valentino, Attn: Billing Dept., 770 S. Henderson Road #110, King of Prussia, PA 19406 |
| 516037771 | | Emergency Phy Assoc of South Jersey, PC, ATTN Patient Billing / Bankruptcy Dept, POB 740021, Cincinnati, OH 45274-0021 |
| 516037774 | + | Freedom Mortgage, Attn: Bankruptcy Dept., 907 Pleasant Valley Avenue, Suite 3, Mount Laurel, NJ 08054-1210 |
| 516037775 | + | Freedom Mortgage, c/o Stanley Middleman, CEO, 907 Pleasant Valley Road, Suite 3, Mount Laurel, NJ 08054-1210 |
| 516275717 | + | Freedom Mortgage Corporation, Attn: Payment Processing, 10500 Kincaid, Fishers, IN 46037-9764 |
| 516124895 | | GC Services Limited Partnership, PO Box 1022, Wixom, MI 48393-1022 |
| 516037780 | + | Keith Hansen, 101 Brickstone Drive, Atlanta, GA 30339-2978 |
| 516124899 | + | Khani & Auerbach Law Offices, 2338 Hollywood Blvd., Hollywood, FL 33020-6703 |
| 516037781 | | LabCorp, ATTN Patient Billing/Bankruptcy Dept, POB 2240, Burlington, NC 27216-2240 |
| 516037782 | + | Lee Hansen III, 427 Church Street, Williamstown, NJ 08094-1617 |
| 516037783 | + | LoanCare Servicing Center, 3637 Sentra Way, Virginia Beach, VA 23452-4262 |
| 516242074 | + | McCabe Weisberg & Conway P C, c/o Alexandra Garcia, Esq., 216 Haddon Avenue Suite 201, Westmont, NJ 08108-2818 |
| 516037785 | + | Medical Group Associates, 190 N Evergreen Avenue, Suite 102, Woodbury, NJ 08096-1862 |
| 516037786 | | Mercedes Benz Financial- Bankruptcy Dept, 13650 Heritage Valley Parkway, Fort Worth, TX 76177 |
| 516037789 | + | Mnet Financial, 95 Argonaut, Suite 200, Aliso Viejo, CA 92656-4147 |
| 516123051 | | New Jersey Turnpike Authority, Law Dept. Attn: Mark Schneider, Esq., PO Box 5042, Woodbridge, NJ 07095-5042 |
| 516242075 | + | Novad Management Consulting, LLC, c/o Angelica Sanchez, Bankruptcy Spec., 2401 N.W. 23rd Street, Suite 1A1, Oklahoma City, OK 73107-2448 |
| 516037794 | + | PSE&G, Attn: Bankruptcy Department, PO Box 14444, New Brunswick, NJ 08906-4444 |
| 516124901 | | QVC, Studio Park, West Chester, PA 19380 |
| 516037796 | | Relievus, PO Box 7776, Lancaster, PA 17604-7776 |
| 516037797 | + | Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 516242076 | | Rowan-School of Osteopathic Medicine, University Doctors, POB 635, Bellmawr, NJ 08099-0635 |
| 516037801 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of New Jersey, Division of Taxation, PO Box 245, Trenton, NJ 08695 |

| District/off: 0312-1 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Jul 15, 2021 | Form ID: 3180W | Total Noticed: 98 |

| | | |
|---|---|---|
| 516037799 | | Smithsonian Institution, PO Box 52171, Tampa, FL 33662-2171 |
| 516037800 | + | South Jersey Gas, Customer Care Center/Bankruptcy Dept, POB 577, Hammonton, NJ 08037-0577 |
| 516037802 | | Steven J. Valentino DO PC, The Marion Building, 700 South Henderson Road, Suite 110, King of Prussia, PA 19406-3530 |
| 516124903 | | Summit Account Resolution, PO Box 505, Linden, MI 48451-0505 |
| 516037804 | + | Viera Williams, 701 E. Tennessee Street, Tallahassee, FL 32308-4984 |

TOTAL: 45

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: usanj.njbankr@usdoj.gov | Jul 15 2021 20:28:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 15 2021 20:28:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 516241412 | Email/PDF: resurgentbknotifications@resurgent.com | Jul 15 2021 20:43:05 | Ashley Funding Services, LLC its successors and, assigns as assignee of Laboratory, Corporation of America Holdings, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 516124891 | EDI: BANKAMER.COM | Jul 16 2021 00:28:00 | Bank of America, Attn: Bankruptcy Department, PO Box 982236, El Paso, TX 79998-2236 |
| 516124892 | + EDI: BANKAMER2.COM | Jul 16 2021 00:28:00 | Bank of America, PO Box 25118, Tampa, FL 33622-5118 |
| 516037760 | Email/Text: info@chcollects.com | Jul 15 2021 20:29:00 | C&H Collection Services, Inc., PO Box 1399, Merchantville, NJ 08109-0399 |
| 516037761 | EDI: CAPITALONE.COM | Jul 16 2021 00:28:00 | Capital One, Bankruptcy Claims, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 516135147 | EDI: CAPITALONE.COM | Jul 16 2021 00:28:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 516135149 | EDI: CAPITALONE.COM | Jul 16 2021 00:28:00 | Capital One, N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 516037762 | + EDI: CHASEAUTO | Jul 16 2021 00:28:00 | Chase Auto Finance, PO Box 901076, Fort Worth, TX 76101-2076 |
| 516037764 | + EDI: COMCASTCBLCENT | Jul 16 2021 00:28:00 | Comcast Cable Communications- Bankruptcy, Attn: Bankruptcy Department, One Comcast Center, Philadelphia, PA 19103-2833 |
| 516037765 | EDI: COMCASTCBLCENT | Jul 16 2021 00:28:00 | Comcast Cable Corporation, Bankruptcy Department, PO Box 3005, Southeastern, PA 19398-3005 |
| 516037766 | + EDI: COMCASTCBLCENT | Jul 16 2021 00:28:00 | Comcast- Bankruptcy Dept, POB 5025, 1250 Berlin Road, Cherry Hill, NJ 08034-1494 |
| 516249695 | + EDI: WFNNB.COM | Jul 16 2021 00:28:00 | Comenity Capital Bank, C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 516037767 | EDI: WFNNB.COM | Jul 16 2021 00:28:00 | Commenity Bank, PO Box 182124, Columbus, OH 43218-2124 |
| 516037769 | + Email/Text: legal-dept@cooperhealth.edu | Jul 15 2021 20:28:00 | Cooper GYN Oncology Assoc., 900 Centennial Blvd, Voorhees, NJ 08043-4637 |
| 516037772 | Email/Text: bknotice@ercbpo.com | Jul 15 2021 20:28:00 | ERC, 8014 Bayberry Road, Jacksonville, FL 32256-7412 |
| 516037773 | + EDI: AMINFOFP.COM | Jul 16 2021 00:28:00 | First Premier Bank, 601 S. Minnesota Ave., Sioux Falls, SD 57104-4868 |
| 516037776 | + Email/Text: bankruptcy@fult.com | Jul 15 2021 20:29:00 | Fulton Bank, 533 Fellowship Road, Suite 250, Mount Laurel, NJ 08054-3411 |

| ID | | Method | Date/Time | Recipient |
|---|---|---|---|---|
| 516124896 | | Email/Text: GCSBankruptcy@gcserv.com | Jul 15 2021 20:28:00 | GC Servies Limited Partnership, 6330 Gulfton, Houston, TX 77081 |
| 516037777 | + | EDI: BLUESTEM | Jul 16 2021 00:28:00 | Gettington.com, 6250 Ridgewood Raod, Saint Cloud, MN 56303-0820 |
| 516124897 | + | Email/Text: bankruptcy@hsn.net | Jul 15 2021 20:29:00 | HSN, 1 HSN Drive, Saint Petersburg, FL 33729-0001 |
| 516200720 | + | Email/Text: bankruptcy@hsn.net | Jul 15 2021 20:29:00 | HSN, PO Box 9090, Clearwater, FL 33758-9090 |
| 516124898 | + | Email/Text: HWIBankruptcy@hunterwarfield.com | Jul 15 2021 20:28:00 | Hunter Warfield, 4620 Woodland Corporate Blvd., Tampa, FL 33614-2415 |
| 516037778 | | EDI: IRS.COM | Jul 16 2021 00:28:00 | Internal Revenue Service, Centralized Insolvency Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 516251413 | | EDI: JPMORGANCHASE | Jul 16 2021 00:28:00 | JPMorgan Chase Bank, N.A., National Bankruptcy Department, P.O. BOX 901032, Ft. Worth, TX 76101-2032 |
| 516037779 | | EDI: RMSC.COM | Jul 16 2021 00:28:00 | JTV Preferred Account, PO Box 105658, Atlanta, GA 30348-5658 |
| 516037784 | + | EDI: RMSC.COM | Jul 16 2021 00:28:00 | Lowe's, ATTN Bankruptcy Dept., PO Box 103104, Roswell, GA 30076-9104 |
| 516235019 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 15 2021 20:43:29 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 516037787 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 15 2021 20:43:19 | Merrick Bank, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 516037788 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 15 2021 20:43:19 | Merrick Bank, 10705 Jordan Gtway, Suite 200, South Jordan, UT 84095-3977 |
| 516178048 | + | EDI: MID8.COM | Jul 16 2021 00:28:00 | Midland Funding, LLC, P.O. Box 2011, Warren, MI 48090-2011 |
| 516037790 | + | EDI: RMCB.COM | Jul 16 2021 00:28:00 | New Jersey E-Z Pass, c/o RMCB, 2269 S. Saw Mill Road, Building 3, Elmsford, NY 10523-3848 |
| 516037791 | + | EDI: AGFINANCE.COM | Jul 16 2021 00:28:00 | One Main Financial, 700 Crecent Blvd., Ste 7, Gloucester City, NJ 08030-2797 |
| 516263912 | + | EDI: AGFINANCE.COM | Jul 16 2021 00:28:00 | OneMain Financial Group, LLC asf Wells Fargo Bank,, 605 Munn Road, FT MILL, SC 29715-8421 |
| 517068231 | | EDI: PRA.COM | Jul 16 2021 00:28:00 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 517068232 | | EDI: PRA.COM | Jul 16 2021 00:28:00 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 516037792 | + | Email/Text: bankruptcy@pseg.com | Jul 15 2021 20:28:00 | PSE&G, Attn: Bankruptcy Department, 20 Commerce Drive, Cranford, NJ 07016-3617 |
| 516037793 | + | Email/Text: bankruptcy@pseg.com | Jul 15 2021 20:28:00 | PSE&G, Attn: Bankruptcy Department, PO Box 490, Cranford, NJ 07016-0490 |
| 516124900 | | EDI: RMSC.COM | Jul 16 2021 00:28:00 | Pay Pal Credit, Attn: Bankruptcy Department, PO Box 105658, Atlanta, GA 30348-5658 |
| 516259104 | + | EDI: JEFFERSONCAP.COM | Jul 16 2021 00:28:00 | Premier Bankcard, Llc, c o Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 516124902 | | EDI: RMSC.COM | Jul 16 2021 00:28:00 | QVC, PO Box 981462, El Paso, TX 79998-1462 |
| 516037795 | + | Email/Text: bankruptcyteam@quickenloans.com | Jul 15 2021 20:28:00 | Quicken Loans, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 518055272 | + | Email/Text: bncmail@w-legal.com | | |

Case 16-14001-ABA   Doc 108   Filed 07/17/21   Entered 07/18/21 00:15:14   Desc
Imaged Certificate of Notice   Page 6 of 7

| District/off: 0312-1 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Jul 15, 2021 | Form ID: 3180W | Total Noticed: 98 |

| Recip ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Jul 15 2021 20:28:00 | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121, SYNCHRONY BANK, c/o Weinstein & Riley, P.S. 98121-3132 |
| 518055271 | + | Email/Text: bncmail@w-legal.com | Jul 15 2021 20:28:00 | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| 516037798 | | EDI: RMSC.COM | Jul 16 2021 00:28:00 | Sam's Club-Synchrony Bank, P.O. Box 965004, Orlando, FL 32896-5004 |
| 516242077 | + | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Jul 15 2021 20:43:29 | Secretary of Housing & Urban Development, Attn: Julian Castro, Secretary, 451 Seventh Street, SW, Washington, DC 20410-0002 |
| 516242078 | + | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Jul 15 2021 20:43:29 | Secretary of Housing & Urban Development, Attn: Julian Castro, Seceretary, 451 Seventh Street, SW, Washington, DC 20410-0002 |
| 516037803 | + | EDI: RMSC.COM | Jul 16 2021 00:28:00 | Synchrony Bank / JCPenney, ATTN Bankruptcy Dept, POB 965007, Orlando, FL 32896-5007 |
| 516060498 | + | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Jul 15 2021 20:43:29 | U.S. Dept of Housing and Urban Dev., 451 7th Street SW, Washington, DC 20410-0002 |
| 516037805 | | EDI: RMSC.COM | Jul 16 2021 00:28:00 | WalMart, PO Box 981416, El Paso, TX 79998-1416 |
| 516037807 | + | EDI: RMSC.COM | Jul 16 2021 00:28:00 | Walmart, 485 Lake Mirror Road, Building #700, Atlanta, GA 30349-6057 |
| 516037806 | | EDI: RMSC.COM | Jul 16 2021 00:28:00 | Walmart, PO Box 530927, Atlanta, GA 30353-0927 |

TOTAL: 53

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | Daimler Trust c/o BK Servicing, LLC, PO BOX 131265, Roseville, MN 55113-0011 |
| 516242072 | *+ | Freedom Mortgage, c/o Stanley Middleman, CEO, 907 Pleasant Valley Road, Suite 3, Mount Laurel, NJ 08054-1210 |
| 516242073 | *+ | Freedom Mortgage, c/o Stanley Middleman, CEO, 907 Pleasant Valley Road, Suite 3, Mount Laurel, NJ 08054-1210 |
| 518055362 | *+ | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121, SYNCHRONY BANK, c/o Weinstein & Riley, P.S. 98121-3132 |
| 518055361 | *+ | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |

TOTAL: 0 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 17, 2021           Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 5 of 5 |
| Date Rcvd: Jul 15, 2021 | Form ID: 3180W | Total Noticed: 98 |

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 15, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alexandra T. Garcia | on behalf of Creditor Freedom Mortgage Corporation NJECFMAIL@mwc-law.com nj-ecfmail@ecf.courtdrive.com |
| Celine P. Derkrikorian | on behalf of Creditor Freedom Mortgage Corporation njecfmail@mwc-law.com |
| Denise E. Carlon | on behalf of Creditor JPMORGAN CHASE BANK N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Eamonn O'Hagan | on behalf of Creditor United States of America (U.S. Dept. of HUD) eamonn.ohagan@usdoj.gov |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| John R. Morton, Jr. | on behalf of Creditor Daimler Trust ecfmail@mortoncraig.com mortoncraigecf@gmail.com |
| Lauren Moyer | on behalf of Creditor Freedom Mortgage Corporation lmoyer@mwc-law.com nj-ecfmail@ecf.courtdrive.com |
| Marisa Myers Cohen | on behalf of Creditor Freedom Mortgage Corporation ecfmail@ecf.courtdrive.com jhillier@mwc-law.com |
| Phillip Andrew Raymond | on behalf of Creditor Freedom Mortgage Corporation phillip.raymond@mccalla.com mccallaecf@ecf.courtdrive.com |
| S. Daniel Hutchison | on behalf of Debtor Lawrence E. Grier sdhteamlaw@outlook.com backupcourt@outlook.com;sdhlawpara1@outlook.com;hutchisonsr39026@notify.bestcase.com |
| S. Daniel Hutchison | on behalf of Joint Debtor Nicole E. Hansen sdhteamlaw@outlook.com backupcourt@outlook.com;sdhlawpara1@outlook.com;hutchisonsr39026@notify.bestcase.com |

TOTAL: 12